UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No. 2:25-cr-00083 |
| ) | |
| GRAHAM SCOTT TAYLOR (a/k/a "Scotty"), ) | |
|    Defendant. ) | |

### JOINT MOTION FOR CONTINUANCE AND EXCLUSION OF TIME

The United States and the Defense jointly seek a 30-day continuance and an order excluding time from the Speedy Trial Act calculation. The United States has extended a written plea agreement and the defendant needs to consult with an immigration attorney before deciding whether to execute this agreement. The defendant is scheduled to meet with that attorney in the last week of March. Both the United States and the Defense do not anticipate significant issues with the plea agreement as extended and the parties do not anticipate this case proceeding to trial.

As this Court knows, under the Speedy Trial Act, a federal criminal defendant's trial generally must occur within 70 days of the entry of a not-guilty plea. 18 U.S.C. § 3161(c)(1). The Speedy Trial Act also allows for the Court to exclude time upon the motion of a party or *sua sponte*, if the Court makes findings that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). In making its determination, the Court considers whether the failure to grant such a continuance "would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B).

For reasons explained at the pretrial conference on March 9, 2026, the parties submit that the short, additional extension will serve the interests of justice and allow the parties to resolve this criminal case without trial.

The United States is filing this motion. Prior to its filing, the United States circulated this motion to the Defense and the Defense confirmed that it authorized the United States to file this motion on behalf of both parties and convey to the Court that this motion was a "joint" motion.

Dated at Burlington, in the District of Vermont, March 9, 2026.

                                                Respectfully submitted,

By:   /s/ *Jason Turner*
        JASON TURNER
        Assistant U.S. Attorney
        P.O. Box 570
        Burlington, VT 05402-0570
        (802) 951-6725